Dec 10 13 12:27p    Stern Tannenbaum & Bell L          212-792-8489         p.3
Case 1:13-cv-08578-LTS   Document 11   Filed 12/12/13   Page 1 of 1
Case 1:13-cv-08578-LTS   Document 8   Filed 12/10/13   Page 2 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

IN RE: COUDERT BROTHERS LLP,

          Debtor.

------------------------------------------------------------x

STATEK CORPORATION,

          Appellant,

     -against–

DEVELOPMENT SPECIALISTS, INC.,

          Appellee.

------------------------------------------------------------x

1:13-cv-08578 (LTS) (FM)

**SCHEDULING ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 1 2 2013

LAURA TAYLOR SWAIN, District Court Judge:

    An appeal of the Orders of the Bankruptcy Court of the Southern District of New York dated August 23, 2013 and October 25, 2013, and the Bankruptcy Court's August 19, 2013 memorandum of decision, having been filed and both appellant and appellee having submitted their designation of record on appeal, it is hereby

    ORDERED, that appellant's memorandum of law in support of its appeal shall be served and filed by **December 17, 2013**, appellee's opposition shall be served and filed by **January 17, 2014**, and appellant's reply shall be served and filed by **February 17, 2014**.

Dated: New York, New York
       December 11, 2013

                              SO ORDERED:

                              Laura Taylor Swain, U.S.D.J.

{00043642.DOC v}