SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
FOUR TIMES SQUARE
NEW YORK 10036-6522
───
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-3111
DIRECT FAX
(917) 777-3111
EMAIL ADDRESS
ERIC.IVESTER@SKADDEN.COM

FIRM/AFFILIATE OFFICES
───
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
───
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO

February 14, 2014

The Honorable Laura Taylor-Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 17C
New York, NY 10007-1312
*Via Hand-Delivery*

          RE:    Statek Corporation v. Development Specialists, Inc.
                   Case No. 1:13-cv-08578 (LTS) (FM)

Dear Judge Swain:

      Pursuant to Rule 2(h) of Your Honor's Individual Practices for civil cases, and Your Honor's December 12, 2013 Initial Conference Order, enclosed please find a courtesy copy of Statek Corporation's Reply Brief (Dkt. 19) filed on February 13, 2014.  The submission of Statek's Reply Brief completes the parties' briefing in this appeal.

      We thank the Court for its attention to this matter.

                            Respectfully,

                            */s/ J. Eric Ivester*

                            J. Eric Ivester

The Honorable Laura Taylor-Swain
February 14, 2014
Page 2

cc: David S. Tannenbaum, Esq. (with enclosure via e-file)
Karen S. Frieman, Esq. (with enclosure via e-file)
Anthony W. Clark, Esq. (with enclosure via e-file)

732863-WILSR01A - MSW