Case 1:13-cv-08578-LTS   Document 23   Filed 09/23/14   Page 1 of 2

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/14
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

IN RE COUDERT BROTHERS, LLP,

                              Debtors.

------------------------------------------------------------X

STATEK CORPORATION,

                              Appellant,

                     -against-

DEVELOPMENT SPECIALISTS, INC.,
                              Appellee.

------------------------------------------------------------X

Chapter 11
06-12226-RDD

13 **CIVIL** 8578 (LTS) (FM)

**JUDGMENT**

     Appellant Statek Corporation having appealed from the August 23, 2013, Order of the United States Bankruptcy Court for the Southern District of New York (Drain, B.J.) denying, on remand from the United States Court of Appeals for the Second Circuit and this Court, a motion for reconsideration of the bankruptcy court's July 21, 2009, order disallowing Statek's claim against the estate of Coudert Brothers LLP (the "First Reconsideration Motion"), and the October 25, 2013, order of the Bankruptcy Court denying Statek's motion for reconsideration of the denial of the First reconsideration Motion (the "Second Reconsideration Motion"), and the matter having come before the Honorable Laura Taylor Swain, United States District Judge, and the Court, on September 19, 2014, having rendered its Memorandum Order affirming the Bankruptcy Court's Orders of August 23, 2013 and October 25, 2013, and requesting the Clerk of the Court to enter judgment accordingly and to close this matter, it is,

     **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated September 19, 2014, the bankruptcy Court's Orders of August 23, 2013 and October 25, 2015 are affirmed; accordingly, the case is closed.

**Dated:** New York, New York
September 23, 2014

RUBY J. KRAJICK

BY: _____
Clerk of Court

_____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____