SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
J. Eric Ivester

    - and –

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Thomas J. Allingham II
Anthony W. Clark

*Counsel for Appellant Statek Corporation*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| COUDERT BROTHERS LLP, | Case No. 06-12226 (RDD) |
| Debtor. | |
| STATEK CORPORATION, | |
| Appellant, | Case No. 1:13-cv-08578 (LTS) (FM) |
| v. | |
| DEVELOPMENT SPECIALISTS, INC., | |
| Appellee. | |

# **NOTICE OF APPEAL**

**PLEASE TAKE NOTICE** that Statek Corporation ("Statek") hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum Order entered in this action on September 19, 2014 and the Judgment entered in this action on September 23, 2014, attached hereto as Exhibit A (the "Order and Judgment"), which Order and Judgment affirmed (i) the Order Denying Statek Corporation's Second Motion For Reconsideration, dated October 25, 2013, attached hereto as Exhibit B (the "Second Reconsideration Order"); (ii) the Order On Remand Denying Statek Corporation's Motion For Reconsideration, dated August 23, 2013, attached hereto as Exhibit C (the "Order on Remand"); and (iii) the Memorandum Of Decision On Remand On Statek's Motion For Reconsideration Of Claim Disallowance Order, dated August 19, 2013, attached hereto as Exhibit D (the "Memorandum of Decision").

**PLEASE TAKE FURTHER NOTICE** that the names of the parties to the Order and Judgment appealed from and the names, addresses and telephone numbers of their respective counsel are as follows:

**Appellant and Counsel**

**Statek Corporation**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
Attn:   J. Eric Ivester

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Facsimile: (302) 651-3001
Attn:   Thomas J. Allingham II
        Anthony W. Clark

*Counsel for Appellant Statek Corporation*

**Appellee and Counsel**

**Development Specialists, Inc., Plan Administrator for Coudert Brothers LLP**

STERN, TANNENBAUM & BELL, L.L.P.
380 Lexington Avenue
New York, NY 10168
Telephone: (212) 792-8484
Facsimile: (212) 792-8489
Attn:   David Scott Tannenbaum, Esq.
        Karen S. Frieman, Esq.

*Counsel for Development Specialists, Inc., Plan Administrator for Coudert Brothers LLP*

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Statek reserves the right to amend this Notice of Appeal.

Dated: New York, New York
      September 25, 2014

                              Respectfully submitted,

                              */s/ Anthony W. Clark*
                              J. Eric Ivester
                              SKADDEN, ARPS, SLATE, MEAGHER
                                  & FLOM LLP
                              Four Times Square
                              New York, New York 10036
                              Telephone: (212) 735-3000
                              Fax: (212) 735-2000
                              eric.ivester@skadden.com

                              - and -

                              Thomas J. Allingham II
                              Anthony W. Clark
                              SKADDEN, ARPS, SLATE, MEAGHER
                                  & FLOM LLP
                              One Rodney Square
                              P.O. Box 636
                              Wilmington, Delaware 19899-0636
                              Telephone: (302) 651-3000
                              Fax: (302) 651-3001
                              thomas.allingham@skadden.com
                              anthony.clark@skadden.com

                              *Counsel for Appellant Statek Corporation*